# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES BISHOP

NO. 2025 KW 0789

**OCTOBER 6, 2025**

---

In Re:   James Bishop, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 611058.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** Relator's claim that the trial court erred in failing to grant a mistrial following the expert's testimony in this matter was addressed by this court on appeal. Furthermore, when the substantive issue that an attorney has not raised has no merit, then the claim the attorney was ineffective for failing to raise the issue also has no merit. **State v. Williams,** 613 So.2d 252, 256-257 (La. App. 1st Cir. 1992). The district court did not abuse its discretion in summarily denying the application for postconviction relief. See La. Code Crim. P. art. 929(A).

PMc
HG

**Stromberg, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT